

# United States District Court
# Northern District of Illinois

In the Matter of

Sean McDonnell

v.

Groupon, et al.

District Judge Edmond E. Chang

Case No. 14-CV-9028

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Joan Humphrey Lefkow to be related to 11 C 5685 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Edmond E. Chang**

Date: Monday, December 01, 2014

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Edmond E. Chang

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Monday, December 01, 2014

District Reassignment - Finding of Relatedness